**Louis FIGUEROA, Petitioner**

v.

**ALLSTATE INSURANCE COMPANY,**
**Respondent**

**No. 720 MAL 2016**

Supreme Court of Pennsylvania.

February 9, 2017

## ORDER

PER CURIAM

**AND NOW,** this 9th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.